Michael D. Compean, Esq., SBN 125106
Frederick G. Hall, SBN 130465
**BLACK, COMPEAN & HALL LLP**
A Limited Liability Partnership
275 E. Hillcrest Drive Suite 160-1021
Thousand Oaks, CA 91360
Telephone: (818) 883-9500
Facsimile: (888) 704-6023

Attorneys for Defendants,
VANESSA BRYSON and ISAIAS FERRER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE NORTHBROOK INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VANESSA BRYSON,<br>ISAIAS FERRER,<br><br>Defendants. | Case No. 1:26-CV-00012-KES-FJS<br><br>ORDER ON JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS VANESSA BRYSON AND ISAIAS FERRER TO RESPOND TO PLAINTIFF'S COM-PLAINT<br><br>Hon. Kirk E. Sherriff<br>United States District Judge<br><br>Complaint Served: February 7, 2026<br>Response Due: March 2, 2026<br>New Response Date: March 30, 2026 |

-1-

JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT

ORDER

GOOD CAUSE having been shown, the stipulated request for an extension of time for Defendants Vanessa Bryson and Isaias Ferrer to file a responsive pleading to Plaintiff's complaint (ECF No. 12) is HEREBY GRANTED. Defendants Vanessa Bryson and Isaias Ferrer shall file and serve their responsive pleading to Plaintiff's Complaint no later than March 30, 2026.

IT IS SO ORDERED.

Dated:   **March 30, 2026**

_____
FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

-2-

JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT