UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLSTATE NORTHBROOK
INDEMNITY COMPANY,

                    Plaintiff,

        v.

VANESSA BRYSON, et al.,

                    Defendants.

Case No. 1:26-cv-00012-KES-FJS

ORDER REGARDING SUBSTITUTION OF
ATTORNEY FOR DEFENDANT VANESSA
BRYSON

(ECF No. 21)

On June 30, 2026, Defendant Vanessa Bryson filed a substitution of attorney form substituting attorney Daniel Eli of Parris Law Firm in place of attorney Michael D. Compean of Black, Compean and Hall, LLP. (ECF No. 21.) Accordingly, pursuant to Local Rule 182(g) of the court, IT IS HEREBY ORDERED that Daniel Eli is substituted as attorney of record for Defendant Isaias Ferrer, and the clerk of court is directed to terminate attorney Michael D. Compean as counsel of record.

IT IS SO ORDERED.

        Dated:   **July 6, 2026**

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE