UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE NORTHBROOK INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VANESSA BRYSON, et al.,<br><br>Defendants. | Case No. 1:26-cv-00012-KES-FJS<br><br>ORDER GRANTING STIPULATION FOR ELIJAH VARTANIAN TO INTERVENE AS A PARTY DEFENDANT<br><br>(ECF No. 24) |

On July 15, 2026, Plaintiff Allstate Northbrook Indemnity Company, Defendants Vanessa Bryson, Isaias Ferrer, and Proposed Intervenor Elijah Vartanian ("Vartanian"), by and through their counsel of record, filed their stipulation to allow Elijah Vartanian to intervene as a defendant party to the instant action. (ECF No. 24.)

The court, having considered the stipulation of the parties and finding that Federal Rule of Civil Procedure 24 has been satisfied, hereby GRANTS the parties' request (ECF No. 24) and ORDERS the following:

1. Vartanian shall be granted leave to intervene as a party defendant in the instant action pursuant to Federal Rules of Civil Procedure 24; and

2. Vartanian's answer or other responsive pleading to Plaintiff's complaint shall be due within thirty (30) days of the date of this order.

IT IS SO ORDERED.

Dated: **July 17, 2026**

UNITED STATES MAGISTRATE JUDGE