UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE NORTHBROOK INDEMNITY COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VANESSA BRYSON, ISAIAS FERRER,<br><br>Defendants. | Case No. 1:26-CV-00012-KES-FJS<br><br>ORDER CONTINUING DISCOVERY CUT-OFF DEADLINE TO MARCH 29, 2027.<br><br>(ECF No. 19) |
| ELIJAH VARTANIAN,<br><br>Counter-Claimant,<br><br>v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY,<br><br>Counter-Defendant. | |

On November 3, 2026, the parties appeared for a mid-discovery conference in Courtroom 8 (FJS) before United States Magistrate Judge Frank J. Singer. (ECF No. 33.) Attorneys Luke Nelson and Hamed Amiri Ghaemmaghami appeared on behalf of Plaintiff Allstate Northbrook Indemnity Company. Attorney Aaron Ehsanipour appeared on behalf of Defendants Isaias Ferrer

and Vanessa Bryson. Attorney Aaron Ehsanipour also appeared on behalf of Defendant and Counter-Claimant Elijah Vartanian.

Based on the discussion at the November 3, 2026, scheduling conference, the court HEREBY CONTINUES the discovery cut-off deadline currently set for March 10, 2027, to March 29, 2027. All other dates in the April 13, 2026, scheduling conference order (ECF No. 19) remain unchanged.

IT IS SO ORDERED.

Dated: **November 3, 2026**

UNITED STATES MAGISTRATE JUDGE